Marco A. NUNEZ, Plaintiff–Appellant,

v.

Kenny ATKINSON; C. Blackwelder,
Defendants–Appellees.

No. 14–6948.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Marco A. Nunez, Appellant Pro Se.

Before SHEDD, AGEE, and KEENAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marco A. Nunez appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his complaint filed in part pursu-
ant to *Bivens v. Six Unknown Named
Agents of Fed. Bureau of Narcotics*, 403
U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619
(1971). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Nunez v. Atkinson*, 4:13–cv–
02744–TMC (D.S.C. June 10, 2014). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.* .